IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Anna Connolly,<br><br>Plaintiff,<br><br>v.<br><br>Hector LaSalle, Rowan Wilson, Genine Edwards, Ramzi Kassem, Brian Gotlieb, Dianisbeth Acquie, Carmen A. Pacheco, Joy Campanelli, Kevin S. Parker, Vanessa Fang, Kevin McClanahan, Jill Soffiyah Elijah, Stefano Cambareri, Michael Rosenthal, Tanya Faye, Andrea Stewart-Cousins, Patricia Canzoneri-Fitzpatrick, Wavny Toussaint,<br><br>Defendants. | Case No. 6:26-cv-03598-DCC<br><br>**ORDER** |

This matter is before the Court upon Plaintiff's complaint. ECF No. 6. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), (D.S.C.), this matter was referred to United States Magistrate Judge Molly H. Cherry for pre-trial proceedings and a Report and Recommendation ("Report"). On September 2, 2026, the Magistrate Judge issued a Report recommending that this action be dismissed without prejudice, without further leave to amend, and without issuance and service of process. ECF No. 6. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing

objections to the Report and the serious consequences for failing to do so. Plaintiff has not filed objections to the Report and the time to do so has lapsed.[1]

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a de novo determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The Court will review the Report only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." (citation omitted)).

After considering the record in this case, the applicable law, and the Report of the Magistrate Judge, the Court finds no clear error and agrees with the Report's recommendation. This action is **DISMISSED** without prejudice, without issuance and service of process, and without leave to amend.

IT IS SO ORDERED.

---

[1] The Court notes that all communications from the Court addressed to Plaintiff have been returned as undeliverable. Because Plaintiff has not provided a current address, the Court has no way to contact her about her case.

s/ Donald C. Coggins, Jr.
United States District Judge

November 17, 2026
Spartanburg, South Carolina